IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> STACY D. ALLISON, CITY OF ) <br> MT. VERNON, JEFFERSON COUNTY ) <br> TREASURER, and ARTURA OLIVER, ) <br> ) <br> Defendants. ) | Civil No. 07-cv-539-DRH |

## ORDER

This matter coming on the government's Motion to Dismiss Defendant Artura Oliver filed on December 7, 2007, plaintiff's motion is **GRANTED**, the defendant, Artura Oliver, is dismissed from the case.

**IT IS SO ORDERED.**

**DATED: December 7, 2007**

/s/   *David R Herndon*

Chief Judge
United States District Court